

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-16-00773-CV

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Jennifer L. **ZUNIGA** and Janet Northrup as Trustee for the Bankruptcy Estate of Christopher J. Medina,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11445
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting en banc:      Sandee Bryan Marion, Chief Justice[1]
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice[2]
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice[2]
Irene Rios, Justice[2]

The en banc court has considered Appellees' amended motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_Patricia O. Alvarez, Justice_

---

[1] Chief Justice Sandee Bryan Marion concurs with opinion.
[2] Justice Luz Elena D. Chapa dissents with opinion joined by Justice Rebeca C. Martinez and Justice Irene Rios.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court